WILLIAM H. MARSON, Respondent, *v.* THE CITY OF ROCHESTER, Appellant.

*Marson* v. *City of Rochester*, 112 App. Div. 905, affirmed.
(Argued June 4, 1906; decided June 19, 1906.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 16, 1906, which affirmed an order of Special Term referring questions of fact arising upon a motion to punish defendant for contempt.

The following question was certified: "Can the city of Rochester, a municipal corporation, be punished in this action for a contempt of court?"

*William W. Webb, Corporation Counsel (B. B. Cunningham* of counsel), for appellant.

*Nelson E. Spencer* for respondent.

Order affirmed, with costs on opinion below; question certified answered in the affirmative.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.; GRAY, J., in result. Dissenting: O'BRIEN, J.